THE STATE, EX REL. SOCIETY FOR SAVINGS OF THE
CITY OF CLEVELAND, V. THE COUNTY OF DAKOTA
AND G. W. WILKINSON, TREASURER.

ORIGINAL application for mandamus.

*J. M. Woolworth,* for relator.

*Poppleton & Thurston,* for respondent.

MAXWELL, CH. J.

This is an application for a writ of mandamus to com-
pel the defendants to pay certain coupons of the refunding
bonds of Dakota county. On motion of the respondent,
a proper petition and bond having been filed, the cause
was removed to the United States circuit court of this
state, and by that court remanded to this court for want
of jurisdiction. The questions involved are identical with
those decided by this court in *State v. Wilkinson,* 20 Neb.,
610 ; and, as in our view that decision states the law cor-
rectly, it will be adhered to. A peremptory writ will
issue, as prayed for in the petition, commanding the pay-
ment of the amount due on the unpaid coupons.

JUDGMENT ACCORDINGLY.

THE other judges concur.